IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL C. ROMIG, | No. 4:22-CV-01628 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| KATHY BRITTAIN, | |
| Respondent. | |

# ORDER

**AND NOW**, this 29th day of November 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Michael C. Romig's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Romig has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

3. Romig's motion "for bail/release pending appeal" (Doc. 27) is **DISMISSED** as moot in light of paragraph 1 above.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge